# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 95-03443 |
| UNITED MILLWORK, INC. ) | |
| ) | EX PARTE MOTION |
| ) | FOR ORDER DIRECTING |
| ) | TURNOVER OF FUNDS |
| Debtor. ) | FROM COURT REGISTRY |
| ) | |

COMES NOW the Chapter 7 Trustee, Ronald G. Brown, for United Millwork, Inc., and moves this court for an order directing the Clerk of the Court to turnover funds to the Chapter 7 bankruptcy estate.

The trustee learned that the bankruptcy case of Jeffrey Smith (U.S. Bankruptcy Court No. 91-07286) was recently concluded with a disbursement of funds and that the bankruptcy estate for United Millwork, Inc., was entitled to payment on a creditor claim filed in the Smith case in the sum of $15,269.31. The funds are now held in the registry of the court.

The bankruptcy estate requests court authorization to turnover the funds from court registry for administration for the benefit of creditors.

DATED this 8th day of January, 2014.

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

EX PARTE MOTION FOR ORDER
DIRECTING TURNOVER OF FUNDS

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE

Case 95-03443-MLB    Doc 38    Filed 01/08/15    Ent. 01/08/15 13:58:52    Pg. 1 of 1