**Below is the Order of the Court.**

**Marc Barreca
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 95-03443 |
| UNITED MILLWORK, INC. ) | |
| ) | EX-PARTE ORDER |
| ) | DIRECTING TURNOVER |
| Debtors. ) | OF FUNDS FROM |
| ) | COURT REGISTRY |

THIS MATTER having come forth on the ex-parte application of the Chapter 7 Trustee for turnover of funds from the court registry, and the Court having reviewed the motion and the records and files herein and being fully advised, now, therefore,

IT IS HEREBY ORDERED that the Clerk of the Court is hereby directed to turnover and pay the sum of $15,269.31 from the bankruptcy case of Jeffrey Smith, U.S. Bankruptcy Court No. 91-07286, representing payment on a creditor claim filed in that case by United Millwork, Inc., to the Chapter 7 bankruptcy estate for United Millwork, Inc., for administration for the benefit of creditors.

// // END OF ORDER // //

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

EX-PARTE ORDER DIRECTING
TURNOVER OF FUNDS

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE