**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **In re**<br><br>**United Millwork Inc.,**<br><br><br>**Debtor(s).** | Bankruptcy Case No. **95-03443-MLB**<br><br>**ORDER VACATING ORDER GRANTING TURNOVER OF FUNDS FROM COURT REGISTRY** |

An Order Directing Turnover of Funds from Court Registry was entered on January 12, 2015. (The "Order," Dkt. No. 40). After entry of the Order, the Court became aware that the funds involved were previously on deposit in connection with Case No. 91-07286-TWD, and the Motion for Turnover of Funds from Court Registry should have been brought in that case. Moreover, the Order is inconsistent with the Order Granting Petition to Pay Unclaimed Funds in Case No. 91-07286-TWD. (See Dkt. No. 195). Therefore, it is hereby

ORDERED that the Order Directing Turnover of Funds from Court Registry is VACATED.

/// END OF ORDER ///